## PEOPLE *ex rel.* KETELTAS v. CADY.

*Mandamus — to compel official acts — when it will not lie.*

Chap. 580, Laws of 1872, declares valid certain assessments for local improvements in New York city. Under Laws 1853, chap. 578, the clerk of arrears of the city is required to furnish bills of arrears, and the act declares his receipt countersigned by the comptroller conclusive evidence of their payment. K., against whose property certain of the assessments declared valid were charged, after the passage of the act, demanded of the clerk of arrears a bill of each of his assessments with interest calculated from the date of such passage, and upon his refusal to furnish them applied for a mandamus to compel said clerk to perform such acts, and also to receive the amount of the bills, give receipts therefor, and mark in his record of arrears that the assessments had been paid. *Held*, that a mandamus was properly refused. *People* v. *Green*, 64 Barb. 162.

APPEAL from an order made at the special term refusing a mandamus. The application was made on behalf of Eugene Keteltas against Artemas S. Cady, clerk of arrears of taxes and assessments in the city of New York.

*Neville & Andrews*, for appellant.

*E. Delafield Smith*, for respondent.

BRADY, J.

The head-note states fully the only point passed upon in the opinion, which is not believed important for publication.

                                              *Order affirmed.*